Rev. 6/03

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Pro se [Non-prisoner] Complaint Form

FILED JUN 22 2018

Malia Somona Chrisp,
(Your Name)
Plaintiff,

v.

UNC Chapel Hill
110 Bynum Campus Box 9105
Chapel Hill, NC 27514
Defendant(s).

Civil Action No. 18CV542
(to be assigned by the Clerk)

## COMPLAINT

I. JURISDICTION

II. PARTIES

A. Plaintiff

Name of Plaintiff: Malia Somona Chrisp

Address: 2906 Crestwood CT.

Burlington, NC 27215

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: ~~Mary Crosby~~

Current Address: ~~UNC Chapel Hill 110 Bynum Campus Box 9105 Chapel Hill, NC 27514~~

UNC Chapel Hill
110 Bynum Campus Box 9105
Chapel Hill, NC 27514

C. Additional Defendants (please provide the same information for each defendant as listed in Item B above):

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. **DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES**. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

Please see attach Copy

III. STATEMENT OF CLAIM - continued.

IV. RELIEF

State briefly and exactly what relief you want from this court.

I, would like to seek pain and suffering, punitive dam/and also a Apology. I would also like to make sure my name is not on a Black List.

Signed this **June** day of **22**, 20**18**

_____
Signature of plaintiff

2904 Crestwood CT.
Address

Burlington, NC 27215

(757) 237-0206
Telephone number